UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:05CR287

UNITED STATES OF AMERICA,
        Plaintiff,
  v.

MATTHEW W. BROWN, SR.,
        Defendant.

_____

## **ORDER**

Upon motion of the United States for the reasons stated therein and for good cause shown, specifically the clerical error whereby a victim was omitted inadvertently from the restitution order, it is ORDERED that the Clerk amend the restitution order on page 5a against Defendant Brown to account for victim Level 3 in the amount of $30,000.

Signed: September 6, 2012

Frank D. Whitney
United States District Judge